AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Hezekiah Bernard Drayton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:98-cr-751-DCN-2 |
| United States of America | ) | 2:16-cv-1872 |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    IT IS ORDERED AND ADJUDGED that petitioner, Hezekiah Bernard Drayton's  motion to vacate is Granted in part and Denied in part, the government's motion for partial summary judgment is granted, and  petitioner's sentences on Counts 1, 2, and 4 is vacated. IT IS FURTHER ORDERED that a certificate of appealability is denied.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   David C. Norton, U.S. District Judge .

.

Date:    August 5, 2020_____

Robin L. Blume
*CLERK OF COURT*

s/C. Murray, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Print          Save As...                    Reset