RECEIVED USDC
CLERK, CHARLESTON, SC

2020 SEP 10 AM 8: 51

(

Hezekiah Bernard Drayton
Defendant

vs

United States of America
Plaintiff

Cr 2:98-751 DCN-2

Declartion of Hezekiah Bernard Drayton

THE Defendant Hezekiah Bernard Drayton, hereby declares UNDER OATH Pursuant to 28 U.S.C. § 1746 as follows:

1) I Hezekiah Bernard Drayton, A Inmate Housed at McCreary United States Penitentiary, P.O. Box 3000, Pine Knot, KY 42635

2) March 19, 2020 Defendant Hezekiah Bernard Drayton, received A Court Order from THE Hon: Judge David C. Norton Dated March 12, 2020 informing Defendant, THAT HE HAD 45 DAys to submit A supplemental Breifing to Incorporate THE RECENT changes in THE law To Grounds 1, 2, AND 3, for Relief.

3) APRIL 13, 2020 DUE TO THE BOP LOCKDOWN OVER THE COVID-19, DEFENDANT Hezekiah Bernard Drayton, SENT VIA certified mail 7018 1130 0000 8652 4235 With attached COVID-19 NOTICE FROM WARDEN C. GOMEZ CONCERNING THE BOP LOCKDOWN TO THE CLERK OF COURT AT P.O. Box 85 BROAD STREET, CHARLESTON, South Carolina 29402 Requesting a EXTENTION of time AND APPOINTMENT of COUNSEL Pursuant TO 28 U.S.C. § 2255 RULE #6(A) AND (B) in Which TO file DEFENDANT SUPPLEMENTAL BRIEFING TO INCORPORATE THE RECENT changes IN the LAW TO grounds 1, 2, AND Three FOR RELIEF IN DEFENDANT CURRENT 28 U.S.C. § 2255 MOTION.

4) THE REQUEST FOR EXTENTION of Time AND Appointment of COUNSEL WAS mail Together IN the SAME CERTIFIED mail on 3/13/2020

5) Pursuant TO 28 U.S.C. Rule #6 (B) the REQUEST FOR Appointment of COUNSEL WAS GRANTED AND Nothing WAS SAID About The Request FOR EXTENTION of Time TO file supplemental Briefing TO INCORPORATE THE RECENT changes IN the Law TO grounds 1, 2, AND Three of DEFENDANT 2255 MOTION.
SEE JUDGE order MARCH 12, 2020
28 U.S.C. § 1746

S. EPTEmber

SEPTEMBER 1, 2020

Pine Knot, KY

CC ANN WALSH Federal Public Defender
P.O. Box 876
CHARLESTON, South Carolina 29404

Hezekiah Bernard Drayton
Reg # 87738071
USP McCREARY
P.O. Box 3000
Pine Knot, KY 42635



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

7018 1130 0000 8652 4235

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____

Postage $0.70

Total Postage and Fees $4.25

Sent To  Clerk United States District Court

Street and Apt. No., or PO Box No. 85 Broad Street

City, State, ZIP+4 Charleston, South Carolina 29401

Postmark
Here

04/13/2020

PS Form 3800, April 2015

TO: MAIL ROOM

Sir/Ms

RECEIVED USDC
CLERK, CHARLESTON, SC

2020 SEP 10  AM 8: 52

Would you Be so Kind to provide me with the "Date"
this Certified mail .7018 1130 0000 8652 4235 Reach its
destination___ .

When Submitting document to the Courts such as the Above
Certified mail I must show the Date.

Please = Dont menn to be A problen, the Courts put me
to test.

thanks in Advance for your Help In this matter

Hezekiah Bernard Drayton
87738071
UNIT+8  Cell #108

I+ reached Charleston, SC 29402
On April 17, 2020 at 8:34 am.

mail room